UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| U.S. SPECIALTY INSURANCE COMPANY, | ) |  |
|---|---|---|
| *Plaintiff*, | ) ) ) ) | Case No. 4:16-cv-52 |
| v. | ) ) | Judge Mattice |
| CLINTON J. PAYNE, *et al.*, | ) ) | Magistrate Judge Steger |
| *Defendants*. | ) ) ) |  |

## JUDGMENT

This case came before the Court on the Motion for Summary Judgment (Doc. 49) filed by Plaintiff U.S. Specialty Insurance Company. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 28th day of November, 2017.

                                                                    /s/ *Debra C. Poplin*
                                                                      Debra C. Poplin
                                                                    CLERK OF COURT